**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00455-CV

### KIMBERLEY PETTIGREW, Appellant

### V.

### MEGAN REEVES & BRIANA TROY, Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-03642-2011**

## ORDER

The Court has before it the request of Claudia Webb, official court reporter for the Collin County Court at Law No. 4, for an extension of time to prepare the reporter's record in this case. The Court **GRANTS** the request and **ORDERS** that the reporter's record be filed fourteen days from the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE